**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00197-CR

### TERRANCE HENRY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-59736-W**

## ORDER

On August 24, 2012, in cause no. 05-11-00676-CR, styled *Terrance Henry v. The State of Texas*, the Court reversed the trial court's judgment as to punishment and remanded the case for a new punishment hearing. The trial court resentenced appellant on August 15, 2013, and appellant filed a notice of appeal on that same date. The appeal, however, was not received by this Court for docketing until February 18, 2014. The trial court has certified that appellant has the right to appeal and has appointed John Tatum to represent appellant.

We **DIRECT** the Clerk of this Court to transfer the clerk's and reporter's records from the appeal in cause no. 05-11-00676-CR into the above appeal. We further **DIRECT** the Clerk to file a copy of this order among the papers of cause no. 05-11-00676-CR.

We **ORDER** the Dallas County District Clerk to file, within **THIRTY DAYS** of the date of this order, the clerk's record containing all documents related to the new punishment proceedings and any other documents designated by appellant and required by Texas Rule of Appellate Procedure 34.5(a).

We **ORDER** Darline King LaBar, official court reporter of the 363rd Judicial District Court to file, within **THIRTY DAYS** of the date of this order, the complete reporter's record, including exhibits, of all hearings conducted following the remand for new punishment.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Darline King LaBar, official court reporter, 363rd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
          JUSTICE